UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEANNE KILLEBREW,
           Plaintiff,

vs.                                      Case No.: 8:16-cv-02610-VMC-JSS

LIFE INSURANCE COMPANY
OF NORTH AMERICA,
           Defendant.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, Leanne Killebrew, by and through her undersigned counsel, hereby gives notice to the Court pursuant to local Rule 3.08 that the parties have reached a settlement of the issues in the above-styled action. The parties are currently finalizing the Joint Stipulation for Dismissal with Prejudice and shall file such stipulation within the sixty (60) days permitted under Local Rule 3.08(b).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _December 23_, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Counsel for the Defendant, Steven D. Lehner, Esquire, Hinshaw & Culbertson LLP, at slehner@hinshawlaw.com, mmorales@hinshawlaw.com, and vtorres@hinshawlaw.com.

                                      LAW OFFICES OF DONALD CARL ANDERSON

                                      _/s/ Donald C. Anderson/_
                                      Donald C. Anderson, Jr., Esquire
                                      FBN: 167380
                                      2101 5th Avenue North
                                      St. Petersburg, FL 33713
                                      Phone: 727-323-8886; Fax: 727-323-3252

DCA: lmn                          DCA@thedisabilityfirm.com
cc: Leanne Killebrew          Attorney for Plaintiff